UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LEGACY EQUITY ADVISORS, LLC, a Texas limited liability company,<br><br>  Plaintiff,<br><br>v.<br><br>AT&T INC., a Delaware corporation,<br><br>  Defendant. | §<br>§<br>§<br>§<br>§<br>§  Civil Action No.: 3:23-cv-00979-D<br>§<br>§<br>§<br>§<br>§ |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The parties agree that each party will bear its own attorney's fees, expenses, and costs.

DATED: February 21, 2024

**EWELL, BROWN, BLANKE & KNIGHT LLP**

  _/s/ Gary Ewell_
Gary Ewell
gewell@ebbklaw.com
State Bar No. 06752800
David P. Blanke
dblanke@ebbklaw.com
State Bar No. 02453600

111 Congress Avenue, 28th Floor
Austin, Texas 78701
Telephone: (512) 770-4030
Facsimile: (877) 851-6384


***ATTORNEYS FOR PLAINTIFF
LEGACY EQUITY ADVISORS, LLC***

|  |  |
|---|---|
| DATED: February 21, 2024 | **MILLER BARONDESS, LLP** |
| | */s/ Kelley T. Tran*<br>Louis R. Miller (*Pro Hac Vice Admitted*)<br>smiller@millerbarondess.com<br>David W. Schecter (*Pro Hac Vice Admitted)*<br>dschecter@millerbarondess.com<br>Kelley T. Tran (*Pro Hac Vice Adnitted*)<br>ktran@millerbarondess.com |
| | 2121 Avenue of the Stars, Suite 2600<br>Los Angeles, California 90067<br>Telephone: (310) 552-4400<br>Facsimile: (310) 552-8400 |
| | ***ATTORNEYS FOR PLAINTIFF***<br>***LEGACY EQUITY ADVISORS, LLC*** |

| | |
|---|---|
| DATED: February 21, 2024 | **NORTON ROSE FULBRIGHT US LLP** |

*/s/ Richard S. Krumholz*

_____
Richard S. Krumholz
richard.krumholz@nortonrosefulbright.com
State Bar No. 00784425
Shauna J. Clark
shauna.clark@nortonrosefulbright.com
State Bar No. 00790977
Heather L. Sherrod
heather.sherrod@nortonrosefulbright.com
State Bar No. 24083836
Andrew Yeh
andrew.yeh@nortonrosefulbright.com
State Bar No. 24098645
Joseph D. Piorkowski
joey.piorkowski@nortonrosefulbright.com
State Bar No. 24091426

2200 Ross Ave., Ste. 3600
Dallas, TX 75201
Telephone: (214) 855-8061
Facsimile: (214) 855-8200

***ATTORNEYS FOR DEFENDANT AT&T INC.***

<u>**CERTIFICATE OF SERVICE**</u>

   On February 21, 2024, I served true copies of **STIPULATION OF DISMISSAL WITH PREJUDICE** via the Court's CM/ECF system and via email on the interested parties in this action, as follows:

Richard S. Krumholz
richard.krumholz@nortonrosefulbright.com
Shauna J. Clark
shauna.clark@nortonrosefulbright.com
Heather L. Sherrod
heather.sherrod@nortonrosefulbright.com
Andrew Yeh
andrew.yeh@nortonrosefulbright.com
Joseph D. Piorkowski
joey.piorkowski@nortonrosefulbright.com
Madison Gaona
madison.gaona@nortonrosefulbright.com
Indiana Coates-Foster
indiana.coates-foster@nortonrosefulbright.com
ReAnna Brown
reanna.brown@nortonrosefulbright.com
Judy R. Burns
judy.burns@nortonrosefulbright.com


Norton Rose Fulbright US LLP
2200 Ross Ave., Ste. 3600
Dallas, TX 75201
Telephone: (214) 855-8061
Facsimile: (214) 855-8200

***Attorneys for Defendant AT&T Inc.***

             */s/ Gary Ewell*
             Gary Ewell